==================================================================

# UNITED STATES DISTRICT COURT
--------------- DISTRICT OF MARYLAND ---------------

APPEARANCE

UNITED STATES OF AMERICA

v.                                          CASE NUMBER: WDQ-00-0431

BOBBY GOSNELL


To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Bobby Gosnell.  I certify that I am admitted to practice in this court.


Date: <u>August 12, 2008</u>

                                            /S/
                                JOSEPH L. EVANS
                                Assistant Federal Public Defender
                                Suite 1100, Tower II
                                100 South Charles Street
                                Baltimore, Maryland  21201
                                (410)  962-3962
                                Email: joseph_evans@fd.org