IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No.  WDQ-00-0431 |
| BOBBY GOSNELL | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### REQUEST FOR MODIFICATION OF CONDITIONS OF RELEASE

The defendant, Bobby Gosnell, by his undersigned counsel, hereby respectfully requests that his conditions of release be modified so as to eliminate the requirement of electronic monitoring, and for good cause states:

1. Mr. Gosnell was originally sentenced by the Honorable Frederic Smalkin on April 20, 2001, for the unlawful possession of a firearm.  He received a sentence of 84 months, to be followed by two years of supervised release.  That supervision began on August 23, 2006.  On July 17, 2008, shortly before the expiration of the supervision, Mr. Gosnell was charged with three counts of possession with intent to distribute a controlled substance.  That case was initiated in the District Court of Maryland for Anne Arundel County.  It has since been transferred to the Circuit Court. As a result of those charges, a petition for violation of supervised release was issued by the Honorable William D. Quarles.

2. Mr. Gosnell's initial appearance on the violation petition was on August 8, 2008.  At that time, Mr. Gosnell was released on the same conditions of his supervised release, but with the added requirement that he be on electronic monitoring with work release privileges. At the time that that release order was fashioned, it was believed by all parties that the Anne Arundel County charges would be resolved within about 30 days.  The Honorable Susan K. Gauvey, who issued the release order, invited the defendant to seek a re-assessment of the electronic monitoring in the event that the

Anne Arundel County charges were not resolved promptly. Because the charges were thereafter transferred to the Circuit Court, the case is now not scheduled to be heard until December.

    3. The electronic monitoring has created employment and family difficulties for Mr. Gosnell. Because the Circuit Court case will not be resolved promptly, it is requested that the requirement of electronic monitoring be rescinded.

    Wherefore, for the reasons stated herein, the Defendant respectfully requests that the Court modify the conditions of pretrial release so as to eliminate the requirement that Mr. Gosnell be on electronic monitoring.

Respectfully submitted,

JAMES WYDA
Federal Public Defender


_____/s/_____
JOSEPH L. EVANS, #02055
Assistant Federal Public Defender
100 South Charles Street
Tower II, Suite 1100
Baltimore, Maryland  21201
(410) 962-3962
(410) 962-0872 (f)
Email: joseph_evans@fd.org

## REQUEST FOR HEARING

Pursuant to Rule 105.b of the Local Rules of United States District Court for the District of Maryland, a hearing is requested for this Motion. This hearing can be held before Magistrate Judge Susan K. Gauvey, or any other Magistrate Judge.

_____/s/_____
JOSEPH L. EVANS
Assistant Federal Public Defender

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of September, 2008, a copy of the foregoing Request for Modification of Conditions of Release, which was electronically filed in this case on September 10, 2008, was mailed via inter-office mail to Natalie Vallandingham, USPO, 250 West Pratt Street, Baltimore, Maryland 21201.

_____/s/_____
JOSEPH L. EVANS
Assistant Federal Public Defender