IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Criminal No. WDQ-00-0431 |
| **BOBBY GOSNELL** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2008, a copy of Request for Modification of Conditions of Release, which was electronically filed in this case on September 10, 2008, was mailed via inter-office mail to James Wallner, Assistant United States Attorney, 36 S. Charles Street, 4th Floor, Baltimore, Maryland 21201.

                                              /s/
                                      JOSEPH L. EVANS, 02055
                                      Assistant Federal Public Defender
                                      Tower II - Suite 1100
                                      100 S. Charles Street
                                      Baltimore, Maryland 21201
                                      (410) 962-3962
                                      (410) 962-0872 (f)
                                      Email: joseph_evans@fd.org